Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Darrell White

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DARRELL WHITE,<br><br>              Plaintiff,<br><br>        v.<br><br>AMERICAN EXPRESS,<br><br>              Defendant. | Case No.: 5:18-cv-00802-NC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT AMERICAN EXPRESS CENTURION BANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

          **PLEASE TAKE NOTICE THAT** plaintiff Darrell White and defendant American Express Centurion Bank ("AECB"), erroneously sued as "American Express," by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of AECB from this action upon finalization.

          //

          //

          //

**Sagaria Law, P.C.**

Dated:   March 28, 2018          By:     /s/ *Elliot Gale*                                  
                                          Elliot Gale
                                          Attorneys for Plaintiff

**Stroock & Stroock & Lavan, LLP**

Dated:   March 28, 2018          By:     /s/ *Stephen J. Newman*                         
                                          Stephen Julian Newman
                                          Attorneys for Defendant
                                          American Express Centurion Bank


     I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Stephen J. Newman has concurred in this filing.

/s/ *Elliot Gale*